FILED

DEC 03 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:25 CR 613 |
| | ) | Title 21, United States Code, |
| ANTHONY KELLY, | ) | Section 841(a)(1) and |
| | ) | (b)(1)(B)(vi), and Title 18 United |
| Defendant. | ) | States Code, Section |
| | ) | 924(c)(1)(A)(i) |

**JUDGE FLEMING**

COUNT 1
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi)))

The Grand Jury charges:

1. On or about July 10, 2025, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY KELLY did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

COUNT 2
(Possession of a Firearm in Furtherance of Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

2. On or about July 10, 2025, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY KELLY did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is: Possession with Intent to Distribute Fentanyl, Title 21, United States Code, Section 841(a)(1), as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

The Grand Jury further charges:

3.  The allegations of Counts 1 and 2 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing, Defendant ANTHONY KELLY shall forfeit to the United States, all property constituting or derived from, any proceeds he obtained, directly or indirectly, as the result of the drug violation charged herein; all property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of drug violation charged herein; and all firearms and ammunition involved in or used in violation of the firearms violation charged herein; including, but not limited to, the following: $17,544.00 in U.S. Currency seized on July 10, 2025.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.